# Exhibit A

# CLAIM AGAINST US POSTAL SERVICE
## VEHICULAR PROPERTY DAMAGE
**\*\*\*\*READ AND FOLLOW THE INSTRUCTIONS ON THE REVERSE SIDE\*\*\*\***
**TYPE OR PRINT ALL INFORMATION CLEARLY**

### DATE: 06/08/2020

### OWNER'S INFORMATION

Juan Peralta
Full Name

196 Meade St Perth Amboy, NJ 08861-4514
Street Address

S.S.#

Home Tel#                                     Bus Tel#

### COMPLETE VEHICULAR INFORMATION

| 2014 | Honda | Accord ex | UNK |
|------|-------|-----------|-----|
| Year | Make  | Model     | Plate |

### DRIVER'S INFORMATION

Peralta, Juan
Full Name

196 Meade St 2 Perth Amboy, NJ 08861-4514
Street Address

S.S.#

Home Tel#                                     Bus Tel#

### INSURANCE INFORMATION

GEICO Indemnity Company
Carrier Name

P.O Box 88 Woodbury, NY 11797
Street Address

Merline Genece                                540-286-4463
Contact                                       Tele #

0592902250101020
Claim Number

Do you have insurance? [X] Yes [ ] No
Did you report the accident to your Insurance Company? [X] Yes [ ] No
Were you paid by your Insurance Company? [X] Yes [ ] No

$500.00
Amount of Deductible?



## ACCIDENT INFORMATION

Date of Loss: June 18, 2019     Time of Loss: _____

Accident Location:  6781 SOUTHBOUND VAN WYCK EXPRESSWAY NEAR QUEENS BLVD, NY

Detailed Accident Description: Post Office struck Geico vehicle

Did the Police Investigate the Accident:  Yes

Officer's Name: _____     Shield: _____
Precinct: _____     Report Number: 102001828

## TOW CLAIMS

Exact Date of Tow: _____     Time: _____

Exact Location Vehicle was towed from: _____

Location Vehicle was picked up at: _____

Receipt Number: _____     Voucher Number: _____

## LIST OF DAMAGES & COST

| DATE: | DESCRIPTION: | COST: |
|---|---|---|
| 6/18/2020 | collision | $6,934.25 |

TOTAL AMOUNT OF CLAIM:                                     $6,934.25

## VEHICLE INFORMATION

Municipality: Us Postal Service
Address: 1720 Market St, RM 2400, Saint Louis, MO, 63155-9915
Agency/Employed By: Us Postal Service
Vehicle: 2019 Freightliner truck
License Plate: [REDACTED]



**IMPORTANT INSTRUCTIONS FOR FILING THIS CLAIM**

CLAIMS MUST BE FILED WITHIN 90 DAYS FROM THE DATE OF THE INCIDENT AT US POSTAL SERVICE 1720 MARKET ST, RM 2400, SAINT LOUIS, MO, 63155-9915. COMPLETE ALL OF THE QUESTIONS ON THE FORM WHICH APPLY TO YOUR CLAIM.

PURSUANT TO STATE AND FEDERAL LAWS, THE COMPTROLLER'S OFFICE IS AUTHORIZED TO OBTAIN SOCIAL SECURITY NUMBERS FOR TAX PURPOSES AND FOR THE COLLECTION OF LIENS HELD BY THE CITY AND STATE.

COPIES OF THE FOLLOWING ARE ENCLOSED:
- ITEMIZED STATEMENTS OF ESTIMATES OF DAMAGES.
- ITEMIZED PAID BILLS, CANCELLED CHECKS, ETC. AS PROOF OF PAYMENT FOR THE REPAIR OF THE DAMAGE.
- PHOTOGRAPHS OF DAMAGE DONE TO THE VEHICLE, IF AVAILABLE, WITH YOUR NAME AND ADDRESS PRINTED CLEARLY BEHIND EACH ONE SUBMITTED.
- PHOTOGRAPHS OF THE DEFECTIVE STREET OR ROADWAY, IF AVAILABLE.
- NOTARIZED WITNESS STATEMENTS, IF AVAILABLE.
- COPIES OF REGISTRATION, DRIVER LICENSE, TITLE AND LEASE AGREEMENT, IF APPLICABLE, VALID AT THE TIME OF THE ACCIDENT.

**NOTARY CERTIFICATION**

Signature/ Title: _____   Date: 06/05/2020
CLAIMS SUPERVISOR

State of New York    )ss:
County of Nassau

Merline Genece _____ Being duly sworn deposes and says that I have read the foregoing NOTICE OF CLAIM and know the contents thereof; that the same is true to the best of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of Claimant: _____   Date: 06/05/2020

IMPORTANT: IF THE CLAIM IS NOT SETTLED, YOU MUST START LEGAL ACTION WITHIN ONE YEAR AND NINETY DAYS FROM THE DATE OF THE INCIDENT.

Subscribed and sworn to before me this _____ day of _____ 20 _____

_____
Notary Public Signature

Please provide the relevant information for the following applicable items and return this form promptly along with the main claim form.

**CONDITIONS & DESCRIPTION OF ACCIDENT/INCIDENT LOCATION**

Select the Actions of the vehicle before the accident:

| Yours | NYC | | Yours | NYC | |
|---|---|---|---|---|---|
| [ ] | [ ] | – Going Straight Ahead | [ ] | [ ] | – Slowing or Stopping |
| [ ] | [ ] | – Making a Right Turn | [ ] | [ ] | – Stopped in Traffic |
| [ ] | [ ] | – Making a Left Turn | [ ] | [ ] | – Entering a Parked Position |
| [ ] | [ ] | – Making a U-Turn | [ ] | [ ] | – Parked |
| [ ] | [ ] | – Starting From A Parked Position | [ ] | [ ] | – Avoiding Object in Road |
| [ ] | [ ] | – Starting in Traffic | | | |



ROADWAY/SURFACE CONDITIONS:
Yours   NYC

| | | |
|---|---|---|
| [ ] | [ ] – Overtaking | |
| [ ] | [ ] – Merging | |
| [ ] | [ ] – Backing | |
| [ ] | [ ] – Changing Lanes | |
| [ ] | [ ] – Other _____ | |

[ ] – Dry        [ ] – Wet
[ ] – Muddy    [ ] – Snow/Ice
[ ] – Slush     [ ] – Other
[ ] – Construction (man-made cut)
[ ] – Pothole (wear & tear condition)

**WEATHER:**

[ ] – Clear
[ ] – Rain
[ ] – Snow
[ ] – Fog/Smog/Smoke
[ ] – Sleet/Hail/Freezing Rain
[ ] – Other _____

**TRAFIC CONTROL:**
Yours   NYC

[ ]   [ ] – None
[ ]   [ ] – Red
[ ]   [ ] – Yellow
[ ]   [ ] – Green
[ ]   [ ] – Yield Sign
[ ]   [ ] – Stop Sign
[ ]   [ ] – Flashing Light
[ ]   [ ] – Not Working
[ ]   [ ] – Person Directing Traffic
[ ]   [ ] – Other _____

Accident Diagram: PLEASE USE THE DIAGRAM TO ILLUSTRATE THE EXACT LOCATION OF THE ROADWAY OR SIDEWALK DEFECT:  Number all the Vehicles
(Your Vehicle is #: 1 and NYC is #: 2)



(a) What caused the accident?

_____
_____
_____
_____

(b) Is the location under repair? Yes _____     No _____

(c) Were the repairs recently completed? Yes _____     No _____

   If YES, When? _____

(d) Does the defect appear to be man-made? Yes _____     No _____

   If YES, explain whether this defect was a construction cut in the roadway or sidewalk:

_____

_____

(e)  Name of construction company (If Known): _____

(f)  Was the defect next to a man hole? Yes_____          No _____

If YES, please specify which utility (BY NAME): _____

Measurement of the defect? Length: _____          Width: _____          Depth: _____

