# Exhibit C

# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◇✡ʊ◯③

Associates:
**Richard A. Hazzard** *◇
**Noah Gradofsky** *◇℘
**Stacy P. Maza** *◇
**Richard L. Elem** *◇
**Elissa Breanne Wolf** *◇
**Joshua R. Edwards** *◇
**Jonathan L. Leitman** *◇
**Joshua Beil** ◇

Senior Of Counsel:
**Steven G. Kraus**, LL.M., CSRP *◇ʊ℘

Of Counsel:
**Joshua Annenberg** *◇
**Michael J. Feigin** *◇®
**Isaac Szpilzinger** ◇



**1029 Teaneck Road
Second Floor
Teaneck, New Jersey 07666**
www.janmeyerlaw.com

Phone: (201) 862-9500
Fax: (201) 862-9400
E-Mail: office@janmeyerlaw.com

Sender's e-mail: dsoh@janmeyerlaw.com
Sender's direct dial: (201) 862-9600 x 216

New York Office:
424 Madison Ave.
Sixteenth Floor
New York, NY 10017
(212) 719-9770
*Please respond to our Teaneck office*

Admitted to Practice:
New Jersey *
New York ◇
Pennsylvania ℘   District of Columbia ✡
U.S. Supreme Court ʊ
U.S. Court of Federal Claims ◯
U.S. Court of Appeals for the Armed Forces ◯
U.S. Court of Appeals for the Federal Circuit ◯
U.S. Court of Appeals for the Third Circuit ③
US Patent and Trademark Office ®

January 14, 2021

United States Postal Service National Tort Center
1720 Market Street, Room 2400
St. Louis, MO 63155
Attn: Kimberly A. Herbst

    RE:    GEICO Indemnity Company a/s/o Juan O. Peralta
              Our File No.: 0592902250101020
              D/L: June 18, 2019
              Amount of Loss: $6,934.25
              Claim Type: Property Damage
              Your Claim No.: NT202021437

Dear Ms. Herbst:

      Please be advised that we represent GEICO Indemnity Company as subrogee of Juan O. Peralta with respect to the above-mentioned matter.

      Plaintiff's insured was traveling southbound in the center lane of I-678 Van Wyck Expressway, in Queens New York. The USPS vehicle was proceeding southbound in the right lane of I-678 Van Wyck Expressway, when it sideswiped the vehicle of Plaintiff's insured as it merged into Plaintiff's insured's lane of travel. The MV-104 police report confirms the facts of the accident, and the MV-104AN report confirms the points of impact.

      **We hereby formally request reconsideration of the final denial of claim dated August 14, 2020, pursuant to 39 C.F.R.912.9(b).**

      Please do not hesitate to contact me if you have any questions.

                                      Very Truly Yours,

                                      Richard L. Elem

Encl.